994

No. 12–6510. RIGGINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–6512. SHAHID *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6515. ERNST *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6518. BAEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6524. GREENE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6525. VREELAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6526. VALDIVIA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–6527. BAKER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–6535. LONGUS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–6541. BARAHONA-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6542. ALBERTELLI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–6543. BEATY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6544. AGUILERA, AKA TORRES AGUILERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6545. BOUYEA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6548. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.